UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL,<br><br>        Plaintiff,<br><br>    v.<br><br>85 FIFTH STREET ASSOCIATES, LLC,<br><br>        Defendant. | No. CV-04-5009-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon "Plaintiff's Motion to Dismiss Remaining Claims" (Ct. Rec. 46); and the Court having found good cause for the relief requested; Now, therefore

**IT IS HEREBY ORDERED:**

The "Plaintiff's Motion to Dismiss Remaining Claims" (Ct. Rec. 46) is granted. All of the plaintiffs' claims that remained unresolved as of January 6, 2006, are dismissed without prejudice. IT IS SO ORDERED. The District Court Executive is directed to file this order, furnish copies to counsel, and close this case.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___19th___ day of January, 2006.

                                      s/ Fred Van Sickle
                                        Fred Van Sickle
                              United States District Judge

ORDER - 1